# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

**Mark S. Olinsky**
**Member**
**Direct Dial: 973-643-5402**
**Email: molinsky@sillscummis.com**

May 13, 2019

**By ECF & U.S. Mail**

Hon. George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Ninety-Five Madison Company, L.P. v. Vitra International AG*
              Civil Action No. 1:19-cv-1745

Dear Judge Daniels:

    This firm represents Defendant Vitra International AG ("International") in this matter. On May 9, 2019, International filed a Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P 12(b)(6) and 12(b)(5).  [ECF Nos. 9-11].  Pursuant to *L. Civ. R.* 6.1(b), Plaintiff's opposition is currently due by May 23, 2019, and International's reply is currently due by May 30, 2019.

    The Court has also scheduled an Initial Pretrial Conference for May 29, 2019 at 9:30am. [ECF No. 6].  International, with Plaintiff's consent, respectfully requests that the Court adjourn the Initial Pretrial Conference until after the Motion is decided because the Motion may render this matter moot.  This is the first request that the Initial Pretrial Conference be adjourned.

    We thank the Court for considering this request.

                                               Respectfully yours,

                                               *s/ Mark S. Olinsky*
                                               Mark S. Olinsky

cc:    Robert Laplaca, Esq. (by ECF only)