# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Mark S. Olinsky**
**Member**
**Direct Dial:  973-643-5402**
**Email: molinsky@sillscummis.com**

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 18, 2019

**By ECF & U.S. Mail**

Hon. George B. Daniels, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Ninety-Five Madison Company, L.P. v. Vitra International AG*
              Civil Action No. 1:19-cv-1745

Dear Judge Daniels:

      This firm represents Defendant Vitra International AG ("International") in this matter. Pursuant to Your Honor's request during oral argument of International's motion to dismiss on August 6, 2019, attached as <u>Exhibit A</u> is the decision from the JAMS Arbitrator (Hon. Stephen G. Crane (Ret.)), which denied Plaintiff's motion for reargue the Third Interim Award.  Kindly advise if Your Honor needs anything further in this regard.  Thank you.

                                     Respectfully yours,

                                       */s/ Mark S. Olinsky*

                                       Mark S. Olinsky

Attachment

cc:    Robert Laplaca, Esq. (by ECF only)