UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Ninety-Five Madison Company, L.P.
                Plaintiff,

Case No. 1:19-cv-01745-GBD

-against-

Vitra International AG
                Defendant.
-------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                Robert Laplaca
                FILL IN ATTORNEY NAME

My SDNY Bar Number is: **RL4545**     My State Bar Number is **2588317**

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Verrill Dana LLP
                FIRM ADDRESS: 33 Riverside Avenue, Westport, CT 06880
                FIRM TELEPHONE NUMBER: 203-222-3110
                FIRM FAX NUMBER: 203-226-8025

NEW FIRM:    FIRM NAME: Verrill Dana LLP (NO CHANGE)
                FIRM ADDRESS: 355 Riverside Avenue, Westport, CT 06880 (NEW)
                FIRM TELEPHONE NUMBER: 203-222-3110 (NO CHANGE)
                FIRM FAX NUMBER: 203-226-8025 (NO CHANGE)

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: February 14, 2020

                                              ATTORNEY'S SIGNATURE