**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NINETY-FIVE MADISON COMPANY, L.P.,

                Plaintiff,

-against-                                      19 **CIVIL** 1745 (GBD)

## JUDGMENT

VITRA INTERNATIONA, AG,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2020, Defendant's motion to dismiss is granted.

**Dated:** New York, New York
           March 31, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                              **Clerk of Court**
            **BY:**
                                                             _____
                                                             **Deputy Clerk**